UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60520-CIV-ZLOCH

CLEAN COAL TECHNOLOGIES,
INC.,

      Plaintiff,

vs.

                                                        **O R D E R**

SCOTT ALAN SALOMON, E-VENTURE
PROMOTIONS, INC., and RYNO
HOLDINGS, LLC,

      Defendants.
_____/

      THIS MATTER is before the Court upon Plaintiff Clean Coal Technologies, Inc.'s Complaint Seeking Declaratory Relief And An Emergency Temporary And Permanent Injunction (DE 1), which the Court construes as a Emergency Motion For An Ex Parte Temporary Restraining Order.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      Federal Rule of Civil Procedure 65 governs the procedure for obtaining a temporary restraining order in federal court.  A temporary restraining order may be granted without written or oral notice to the adverse party if "(A) specific facts in an affidavit or a verified complaint clearly show that the immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give

notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(A)-(B). The instant Motion (DE 1) fails to provide the Court with any efforts that have been made to give notice to Defendants or any reasons for why it should not be required in this instance. Therefore, the Court shall deny the instant Motion for failure to comply with Rule 65. See Leslie v. Penn Cent. R.R. Co., 410 F.2d 750, 751 (6th Cir. 1969) (noting the need for district courts to strictly adhere to the dictates of Rule 65, lest restraining orders be improperly granted).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Clean Coal Technologies, Inc.'s Complaint Seeking Declaratory Relief And An Emergency Temporary And Permanent Injunction (DE 1), which the Court construes as a Emergency Motion For An Ex Parte Temporary Restraining Order, be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __11th__ day of April, 2008.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge
For the Honorable William J. Zloch

Copies furnished:

All Counsel of Record